UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------X
BROADCAST MUSIC, INC.; )
MIJAC MUSIC; ADULT MUSIC; SCREEN )
GEMS-EMI MUSIC, INC.; UNIVERSAL- )
SONGS OF POLYGRAM )
INTERNATIONAL, INC.; SONY/ATV )    CIVIL ACTION NO.: 0:10-cv-61971-JEM
SONGS LLC d/b/a SONY/ATV ACUFF )
ROSE MUSIC; R-KEY DARKUS )
PUBLISHING; ORBI-LEE PUBLISHING; )
BARBARA ORBISON MUSIC )
COMPANY; EMBASSY MUSIC )
CORPORATION and E.O. SMITH, )
            )
         Plaintiffs, )
            )
     v. )
            )
TARPON BEND FOOD & )
TACKLE-RIVERWALK, LTD. d/b/a )
TARPON BEND, TB-RIVERWALK GP, )
LLC and TIM PETRILLO, individually, )
            )
         Defendants. )
            )
---------------------------------------------------------X

## NOTICE ACCEPTANCE OF SERVICE OF PROCESS & STIUPLATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, TIM PETRILLO and TARPON BEND FOOD & TACKLE-RIVER WALK, LTD., through their undersigned counsel and Plaintiffs, BROADCAST MUSIC, INC. ("BMI") et al. through their undersigned counsel file this Notice of Acceptance of Service of Process and Stipulated Motion for Extension of Time to respond to Plaintiffs' Complaint.

## DISCUSSION

On October 15, 2010, Plaintiffs filed their complaint against Defendants. Defendants, TIM PETRILLO, TARPON BEND FOOD & TACKLE-RIVER WALK, LTD, and TB-

RIVERWALK GP, LLC, acknowledge and accepts services of the Summons and Complaint in this proceeding and waives formal service of process on behalf the Defendants as required by the Federal Rules of Civil Procedure on this 10th day of November, 2010.

In addition, the Parties stipulate that Defendants shall have thirty days (30) days from the date of the acceptance of service of process, on or before December 10, 2010, to file a response to the Complaint.

## CONCLUSION

The parties request that the Court acknowledge service of process on Defendants and extend the time for Defendants to respond to the Complaint by thirty (30) days, on or before December 10, 2010.

| | |
|---|---|
| JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP.<br>/s/ Zachary D. Messa<br>Zachary D. Messa<br>FBN #513601<br>zacharym@jpfirm.com<br>Joseph J. Weissman<br>FBN # 0041424<br>josephw@jpfirm.com<br>403 E. Madison St., Suite 400<br>Tampa, FL  33602<br>(813) 225-2500, (813) 223-7118<br>*Counsel for Plaintiff* | MALIN HALEY DiMAGGIO BOWEN & LHOTA, P.A.<br>/s/ Mark D. Bowen<br>Mark D. Bowen<br>FBN #29173<br>mbowen@mdhpatents.com<br>Dale P. DiMaggio<br>FBN#395803<br>dpd@mhdpatents.com<br>1936 S. Andrews Avenue<br>Ft. Lauderdale, FL 33316<br>(954) 763-3303<br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to: Mark D. Bowen, Esq., Malin Haley DiMaggio Bowen & Lhota, P.A., 1936 South Andrews Avenue, Ft. Lauderdale, FL 33316.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP.

/s/ Zachary D. Messa
Zachary D. Messa
FBN #513601
zacharym@jpfirm.com
Joseph J. Weissman
FBN #  0041424
josephw@jpfirm.com
403 E. Madison St., Suite 400
Tampa, FL  33602
(813) 225-2500, (813) 223-7118
*Counsel for Defendants*