UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:10-cv-61971-MARTINEZ/BROWN

BROADCAST MUSIC, INC.,
MIJAC MUSIC; ADULT MUSIC; SCREEN
GEMS-EMI MUSIC, INC.; UNIVERSAL-
SONGS OF POLYGRAM
INTERNATIONAL, INC.; SONY/ATV
SONGS LLC d/b/a SONY/ATV ACUFF
ROSE MUSIC; R-KEY DARKUS
PUBLISHING; ORBI-LEE PUBLISHING;
BARBARA ORBISON MUSIC
COMPANY; EMBASSY MUSIC
CORPORATION and E.O. SMITH

   Plaintiffs,

v.

TARPON BEND FOOD &
TACKLE-RIVERWALK, LTD. d/b/a
TARPON BEND, TB-RIVERWALK GP,
LLC and TIM PETRILLO, individually,

   Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENESES

Defendants Tarpon Bend Food & Tackle-Riverwalk, Ltd. d/b/a Tarpon Bend, TB-Riverwalk GP, LLC, and Tim Petrillo, individually, hereby answer the complaint of plaintiffs Broadcast Music, Inc. et al. as follows:

1. Defendants admit paragraph 1.

2. Defendants admit paragraph 2.

3. Defendants lack information or belief sufficient to enable them to answer paragraph 3 and on that basis deny same.

4. Defendants lack information or belief sufficient to enable them to answer paragraph 4 and on that basis deny same.

5. Defendants lack information or belief sufficient to enable them to answer paragraph 5 and on that basis deny same.

6. Defendants lack information or belief sufficient to enable them to answer paragraph 6 and on that basis deny same.

7. Defendants lack information or belief sufficient to enable them to answer paragraph 7 and on that basis deny same.

8. Defendants lack information or belief sufficient to enable them to answer paragraph 8 and on that basis deny same.

9. Defendants lack information or belief sufficient to enable them to answer paragraph 9 and on that basis deny same.

10. Defendants lack information or belief sufficient to enable them to answer paragraph 10 and on that basis deny same.

11. Defendants lack information or belief sufficient to enable them to answer paragraph 11 and on that basis deny same.

12. Defendants lack information or belief sufficient to enable them to answer paragraph 12 and on that basis deny same.

13. Defendants lack information or belief sufficient to enable them to answer paragraph 13 and on that basis deny same.

14. Defendants lack information or belief sufficient to enable them to answer paragraph 14 and on that basis deny same.

15. Defendants admit paragraph 15.

16. Defendants deny that Tarpon Bend Food & Tackle-Riverwalk, Ltd. publicly performs musical compositions, and lack information or belief sufficient to enable them to answer the remaining allegations of paragraph 16 and on that basis deny same.

17. Defendants lack information or belief sufficient to enable them to answer the allegations of paragraph 17 and on that basis deny same.

18. Defendants admit that TB-Riverwalk GP, LLC is a partner of Defendant Tarpon Bend Food Tackle-Riverwalk, Ltd., and lack information or belief sufficient to enable them to answer the remaining allegations of paragraph 18 and on that basis deny same.

19. Defendants admit that TB-Riverwalk GP,LLC has a financial interest in Tarpon Bend Food & Tackle, Ltd., but lack information or belief sufficient to enable them to answer the remaining allegations of paragraph 19 and on that basis deny same.

20. Defendants admit that Tim Petrillo is a registered agent of Tarpon Bend Food & Tackle-Rivewalk, Ltd., and deny the remaining allegations of paragraph 20.

21. Defendants deny the allegations of paragraph 21.

22. Defendants repeat and reallege their responses to paragraphs 1 – 21 as if fully incorporated herein.

23. Defendants admit that plaintiffs allege seven (7) claims of copyright infringement, but lack information or belief sufficient to enable them to answer the remaining allegations of paragraph 23 and on that basis deny same.

24. Defendants lack information or belief sufficient to enable them to answer paragraph 24 and on that basis deny same.

25. Defendants lack information or belief sufficient to enable them to answer paragraph 25 and on that basis deny same.

26. Defendants lack information or belief sufficient to enable them to answer paragraph 26 and on that basis deny same.

27. Defendants lack information or belief sufficient to enable them to answer paragraph 27 and on that basis deny same.

28. Defendants deny performing any musical compositions, and lack information or belief sufficient to enable them to answer the remaining allegations of paragraph 28 and on that basis deny same.

29. Defendants lack information or belief sufficient to enable them to answer paragraph 29 and on that basis deny same.

## AFFIRMATIVE DEFENSES

Further answering the Complaint, Defendants plead the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim for relief.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's lack standing

### THIRD AFFIRMATIVE DEFENSE

The Complaint is barred by laches.

### FOUTH AFFIRMATIVE DEFENSE

Plaintiffs have waived their claims.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are estopped from asserting its claims.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs have engaged in unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

There is no signed transfer of copyrights to Plaintiffs as required to support the copyright claims.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs have not established the existence of copyright registration certificates for any of the works alleged to have been infringed.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs have engaged in misuse of copyright.

### TENTH AFFIRMATIVE DEFENSE

Any copyright registration certificates for the works Plaintiffs alleged to have been infringed by Defendants are void due to fraud on the U.S. Copyright Office and/or issuing foreign copyright offices due to intentional false representations made in the applications for registration, which misrepresentations were material, and in the absence thereof a registration would not have issued.

### ELEVENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against Tim Petrillo, individually.

## TWELFTH AFFIRMATIVE DEFENSE

The Complaint fails to join the person or persons who are alleged to have actually infringed Plaintiffs' copyrights by publicly performing the copyrighted works.

Defendants reserve the right to amend its answer and assert counter-claims in accordance with the Federal Rules of Civil Procedure as further information becomes available and warrants same.

WHEREFORE, Defendants request that the Court enter judgment in their favor and award them reasonable attorney' fees and costs and such other relieve as may be just.

Respectfully submitted,

On this 9th day of December 2010.

> By: s/ dale paul dimaggio
> Dale Paul DiMaggio, Esq. (Fla. Bar No. 395,803)
> E-mail Address: dpd@mhdpatents.com
> Mark D. Bowen , Esq. (Fla. Bar No. 29,173)
> E-mail Address: mdb@mhdpatents.com
> Danielle Bratek, Esq. (Fla. Bar No. 0792712)
> E-mail Address: dhb@mhdpatents.com
>
> MALIN HALEY DiMAGGIO
> BOWEN & LHOTA, P.A.
> 1936 South Andrews Ave.
> Ft. Lauderdale, FL 33316
> Telephone: (954) 763-3303
> Facsimile:  (954) 522-6507
> *Counsel for Defendants*